Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

Therese Lee Shephard
_____
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

City of Boston's Police Department
_____
Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 19H-cv-11954-DJC
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑Yes ☐No

2019 APR 29 PM 4: 01
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED
IN CLERKS OFFICE

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                  Therese Lee Shepher
Street Address        MA: 2083 Rochester Ave suite #1
City and County       Boston, MA  0
State and Zip Code     MA          02124
Telephone Number      857-312-8049 / 857-212
E-mail Address

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

Name — Boston Police Department

Job or Title *(if known)* — Corperation Cornsel Eugene L. O'Flahes

Street Address — City Hall Room 615

City and County — Boston, MA

State and Zip Code — 02201

Telephone Number — 617 635 4031

E-mail Address *(if known)*

Defendant No. 2

Name — Boston Police Department

Job or Title *(if known)* — Assistant Cooperation Consel

Street Address — City Hall, Room 615

City and County — Boston

State and Zip Code — MA 02201

Telephone Number — 617 635-4031

E-mail Address *(if known)* — John.. Boszia @ boston .gov

Defendant No. 3

Name — DCF/ Emaly DSS

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name — Boston Public School Dept.

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

    a.   If the plaintiff is an individual

       The plaintiff, *(name)* _____ , is a citizen of the

       State of *(name)* _____ .

    b.   If the plaintiff is a corporation

       The plaintiff, *(name)* _____ , is incorporated

       under the laws of the State of *(name)* _____ ,

       and has its principal place of business in the State of *(name)*

       _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

    a.   If the defendant is an individual

       The defendant, *(name)* _____ , is a citizen of

       the State of *(name)* _____ . Or is a citizen of

       *(foreign nation)* _____ .

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* Boston Police Dept City of Boston, is incorporated under

the laws of the State of *(name)* MA                                    , and has its

principal place of business in the State of *(name)* Boston, MA              .

Or is incorporated under the laws of *(foreign nation)*                    ,

and has its principal place of business in *(name)* City Hall, City of Boston

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Civil Action No. 14-11954-DJC's amount in controv
Defendant Persuaded this Honorable Court against Rules
8 a conclusionary facts are pleedings 8(e)(2) can be joined
in multiple claims. RULE 60 states easily remedied

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Honorable Judge R.H.Casper ordered a show
cause proving satisfaction of Commonwealth vs Jackson
efforts on my "Pro se" behalf, Ommition of actions
by myself "Prase" so ordered was not entered, creaded
a dissimissal against Honorable Judges Caspers expectation

**IV.   Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Since filing that original case cruel communications
besides the Maximum amount awarded under the
Law the main relief was to not create hostile
invironments Revolving around all things Judicially related
or end up as a consiquence of being Judicially related
Refrain from denying processes everyone else enjoys

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

*please remove flags negative notifications as that's opposite of civil Rights and discrimination on flag my son's for haihous mistreatment mental trauma which is serious and ongoing.*

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *April , 2019*

Signature of Plaintiff   *Theresa Lee Stephen*

Printed Name of Plaintiff   *Theresa Lee Stephen*

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney       _____

Printed Name of Attorney   _____

Bar Number                 _____

Name of Law Firm           _____

Street Address             _____

State and Zip Code         _____

Telephone Number           _____

E-mail Address             _____